UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. : 10-22078-CIV-MORENO

SECURITIES AND EXCHANGE COMMISSION, )
)
Plaintiff, )
v. )
)
)
ESTATE OF KENNETH WAYNE MCLEOD, )
F&S ASSET MANAGEMENT GROUP, INC. and )
FEDERAL EMPLOYEE BENEFITS GROUP, INC., )
)
Defendants. )
_____ )

## PRELIMINARY INJUNCTION IMPOSING ASSET FREEZE AND OTHER RELIEF AS TO DEFENDANT ESTATE OF KENNETH WAYNE MCLEOD

Defendant Estate of Kenneth Wayne McLeod ("Estate of McLeod"), by the Consent of its nominee annexed hereto, without admitting or denying any of the allegations in the Complaint filed by the Securities and Exchange Commission ("Commission"), except that it admits the allegations as to the jurisdiction of this Court over it and over the subject matter of this action, has agreed to the entry of this Preliminary Injunction Imposing Asset Freeze and Other Relief as to Defendant Estate of Kenneth Wayne McLeod ("Freeze Order"). This Court, having accepted such Consent and having jurisdiction over Defendant Estate of McLeod and the subject matter of this action, and being fully advised in the premises, orders as follows:

### I.

### ASSET FREEZE

**IT IS HEREBY ORDERED** that pending further Order of this Court, Defendant Estate of McLeod, its directors, officers, agents, servants, employees, attorneys, depositories, banks, and those persons in active concert or participation with any one or more of them, and each of them, who receive notice of this order by personal service, mail, facsimile transmission or otherwise be and hereby are,

restrained from, directly or indirectly, transferring, setting off, receiving, changing, selling, pledging, assigning, liquidating or otherwise disposing of, or withdrawing any assets or property owned by, controlled by, held for the benefit of, or in the possession of Defendant Estate of McLeod, including, but not limited to, cash, free credit balances, fully paid for securities, and/or property pledged or hypothecated as collateral for loans.

Notwithstanding the foregoing, Susan McLeod is authorized to apply for payment of proceeds of certain insurance policies on the life of Kenneth Wayne McLeod for which she is the named beneficiary, but solely on the condition that the insurer of such policies pay any such proceeds into an escrow account to be determined by the parties pending determination of the proper disposition of such proceeds.

## II.

### RECORDS PRESERVATION

**IT IS HEREBY FURTHER ORDERED** that until pending further Order of this Court, Defendant Estate of McLeod, its directors, officers, agents, servants, employees, attorneys, depositories, banks, and those persons in active concert or participation with any one or more of them, and each of them, be and they hereby are restrained and enjoined from, directly or indirectly, destroying, mutilating, concealing, altering, disposing of, or otherwise rendering illegible in any manner, any of the books, records, documents, correspondence, brochures, manuals, papers, ledgers, accounts, statements, obligations, files and other property of or pertaining to the Defendant Estate of McLeod wherever located.

## III.

## RETENTION OF JURISDICTION

**IT IS HEREBY FURTHER ORDERED** that this Court shall retain jurisdiction over this matter and Defendant Estate of McLeod in order to implement and carry out the terms of all Orders and Decrees that may be entered and/or to entertain any suitable application or motion for additional relief within the jurisdiction of this Court, and will order other relief that this Court deems appropriate under the circumstances. The Consent by Estate of McLeod to the entry of a preliminary injunction is without prejudice to the right, if any, of Defendant Estate of McLeod or any other party bound by this Order, to apply to the Court for relief, in whole or in part, from this Order, nor shall this Order preclude the Commission or the Receiver from opposing any such application.

**DONE AND ORDERED** in Chambers in Miami, Florida, this 6 day of July, 2010.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copy to:

All counsel of Record
Receiver Michael Goldberg