UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
(Miami Division)
CASE NO.: 10-22078-CV-MORENO/OTAZO-REYES

SECURITIES & EXCHANGE COMMISSION,

      Plaintiff,
vs.

ESTATE OF KENNETH WAYNE MCLEOD,
F&S ASSET MANAGEMENT GROUP, INC. and
FEDERAL EMPLOYEE BENEFITS GROUP, INC.

      Defendants.
_____/

**ORDER APPROVING THE FIRST AND FINAL APPLICATION
FOR ALLOWANCE AND PAYMENT OF FEES AND REIMBURSEMENT
OF EXPENSES FOR MARCUM, LLP, ACCOUNTANT FOR RECEIVER**

**THIS MATTER** came before the Court without hearing upon the *First and Final Fee Application of Marcum, LLP Accountant for Receiver* (the "Application") for the period of May 25, 2011 – April 7, 2014 (the "Application Period"). The Court, having reviewed the Application and its attachments, with particularly close attention given to the time spent on the various tasks performed by the professionals; having been advised that Michael I. Goldberg (the "Receiver"), in his capacity as Receiver over Defendants, Federal Employee Benefits Group, Inc. and F&S Asset Management Group, Inc. has reviewed and supports the Application and further that counsel for the Securities and Exchange Commission has no objection to the relief requested; finding good cause exists to award payment to Marcum, LLP, and being otherwise fully advised in the premises, it is

      **ORDERED AND ADJUDGED** that:

      1.      The relief requested in the Application is GRANTED.

{28575553;1}

2. The Receiver is authorized to pay Marcum, LLP the sum of $49,695.05 for fees incurred during the Application Period and $77.00 for reimbursement of expenses, for a total of $49,772.05 for this Application Period.

**DONE AND ORDERED** in Miami-Dade County, Florida on this 24 day of June, 2014.

_____
FEDERICO A. MORENO
Chief United States District Judge

**Conformed copies to:**
All counsel of record

{28575553;1}